NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SSL SERVICES, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2017-1951

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01754.

---

## JUDGMENT

---

JOHN T. BATTAGLIA, Fisch Sigler, LLP, Washington, DC, argued for appellant. Also represented by ALAN M. FISCH, MATTHEW R. BENNER, ROY WILLIAM SIGLER.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for appellee. Also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS, PRANAY K. PATTANI; THOMAS B. KING, Costa Mesa, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  May 7, 2018  
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court